1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| MONTE C. HOISINGTON, | Case No. C05-5642RBL |
|---|---|
| Petitioner, | |
| v. | ORDER GRANTING I.F.P. APPLICATION |
| HENRY RICHARDS, | |
| Respondent. | |

Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 31st day of October, 2005.

                                              */s/ J. Kelley Arnold*
                                              J. Kelley Arnold
                                              United States Magistrate Judge